**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-2071**

_____

HENRY T. SANDERS,

             Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge.
(8:06-cv-01528-DKC)

_____

Submitted:  February 28, 2008        Decided:  March 3, 2008

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Henry T. Sanders, Appellant Pro Se. John Walter Sippel, Jr., OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry T. Sanders appeals the district court's order denying his numerous post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Sanders v. United States, No. 8:06-cv-01528-DKC (D. Md. Sept. 24, 2007). We deny all of Sanders' pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED